# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA EQUESTRIAN TRUST, INC., | Case No. 2:24-cv-07661-AH-(SKx) |
| Plaintiff, | **FINAL JUDGMENT [JS-6]** |
| v. | |
| OLD REPUBLIC INSURANCE COMPANY, | |
| Defendants. | |

1     The Court, having considered the papers and all other matters presented and
2 accepted by the Court, GRANTED Defendant Old Republic Insurance Company's
3 ("Defendant") Motion for Summary Judgment based on its finding that were no triable
4 issues of material fact as to the causes of action alleged by Plaintiff USA Equestrian
5 Trust, Inc. ("Plaintiff") against Defendant, as outlined in the Court's Order.
6     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
7     1. Defendant's Motion for Summary Judgment is GRANTED.
8     2. Plaintiff shall take nothing on its Complaint against Defendant.
9     3. Judgment is hereby entered in favor of Defendant and against Plaintiff.

11     This is a final judgment.

13 Dated: February 13, 2025

                    HON. ANNE HWANG
                    UNITED STATES DISTRICT JUDGE